AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
October 15, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Myrna Gallegos_
DEPUTY

United States of America
v.
DEFENDANT: Juan Bernardo GALARZA

Defendant(s)

Case No. **EP-25-MJ-5728-ATB**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 12, 2025  in the county of  El Paso  in the
Western District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1324(a)(1)(A)(ii) and (a)(1)(B)(ii) | knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States in furtherance of said violation of law. |

This criminal complaint is based on these facts:
See attachment.

☑ Continued on the attached sheet.

_Complainant's signature_
Albert S. Flores, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 10/15/2025

_Judge's signature_
Anne T. Berton, U.S. Magistrate Judge
_Printed name and title_

City and state: El Paso, Texas

Complaint sworn to telephonically on October 15, 2025 at 01:05 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Defendant : Juan Bernardo GALARZA

PEPT# PEPT26101007

10/15/2025

FACTS    (CONTINUED)

On October 12, 2025, a Border Patrol Agent (BPA) from the El Paso Station observed a group of individuals load up into a black sedan on Paisano Drive in El Paso, Texas which is in the Western District of Texas. The location where the vehicle picked up the individuals is approximately 2.3 miles west of the Paso Del Norte Port of Entry. The vehicle then traveled west bound on Paisano Drive for a short distance. As an Agent and a Texas Department of Public Safety (DPS) Trooper responded, the vehicle made a U-turn and proceeded to travel west bound at a high rate of speed. The vehicle lost control after driving a short distance, collided with a light post and crashed. The vehicle ended up on its roof and slid to a stop.

As BP Agents and DPS Troopers arrived at the crash site, the driver, later identified as Juan Bernardo GALARZA, a United States citizen, herein referred to as the DEFENDANT, exited the vehicle and attempted to walk away on Paisano Drive. An Agent approached the DEFENDANT and ordered him to stop and get down on the ground. The Agent placed the DEFENDANT in handcuffs and proceeded to check the crashed vehicle and give assistance to the individuals trapped inside. Four individuals were pulled from the vehicle, and two others were found inside the vehicle and unresponsive. It was determined that a total of six individuals boarded the vehicle, and all were found to be illegal aliens without proper documentation to be or remain in the United States legally.

El Paso Fire Department and Emergency Medical Services responded to the scene to render medical attention as needed. Two illegal aliens were treated at the scene and transported to local hospitals. One for head injuries and the other for back injuries. Two illegal aliens were also treated at the scene but did not need further medical attention. Finally, two illegal aliens were found inside the vehicle unresponsive and were pronounced dead at the scene.

In a post Miranda statement, the DEFENDANT admitted entering into an agreement with a known smuggler from Cd. Juarez, Mexico to pick up and smuggle illegal aliens. The DEFENDANT stated that he was in constant communication with the smuggler as he was driving to the pickup location. The DEFENDANT stated he knew the illegal aliens would be waiting for him and that he was going to be paid $2000. The DEFENDANT stated he did not know where he was supposed to take the illegal aliens and that he would receive a phone call with the drop-off information.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
NONE.

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Defendant : Juan Bernardo GALARZA

PEPT# PEPT26101007

10/15/2025

FACTS    (CONTINUED)

Criminal History:
NONE.